**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 25-0157-TDC |
| **RICHARD AKOTO, M.D., *et al.*;** | * | |
| *Defendants*. | * | |

* * * * * * * * * * * * * *

## MOTION FOR DEFAULT JUDGMENT

The United States, by undersigned counsel, hereby moves for default judgment against Defendants pursuant to Fed. R. Civ. P. 55(b)(2). The United States respectfully requests that the Court enter a judgment against Defendants Richard Akoto, M.D. and Richard O. Akoto, M.D., PC in the above-captioned case in the amount of $1,407,493.23. As explained in the attached Declaration, this amount includes $229,164.41 in single damages. *See* Ex. A, Thiel Decl. ¶ 5. That amount trebled, as permitted by the False Claims Act, equates to $687,493.23 in damages. *Id.* ¶ 6. The sum requested also includes $720,000 in penalties, which represents 36 false claims multiplied by a penalty figure of $20,000.00 per claim. *Id.* ¶¶ 7-9. The current penalty range for each false claim is $13,946-$27,894. *See* 28 C.F.R. Part 85.

The United States also requests interest at the legal rate from the date of judgment until paid in full.

WHEREFORE, the United States respectfully requests that the Court enter a judgment against Defendants in the amount of $1,407,493.23.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Matt Haven*

Matthew A. Haven
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, I caused a copy of the Motion for Default Judgment on Defendants at 19332 Cypress Hill Way, Gaithersburg, MD 20879 and 7610 Carroll Ave., Suite 450, Takoma Park, MD 20912.

/s/
Matt Haven
Assistant United States Attorney