**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 25-0157-TDC |
| **RICHARD AKOTO, M.D., *et al.*;** | * | |
| *Defendants*. | * | |

* * * * * * * * * * * * * *

**DECLARATION OF ANN THIEL**

I, Ann Thiel, hereby declare that my testimony below is true and correct to the best of my knowledge and belief and is given under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an Investigator in the Civil Division of the United States Attorney's Office for the District of Maryland.

2. I have been part of the investigative team assigned to this case, and I am familiar with the facts and circumstances surrounding Defendant Dr. Akoto's false billing to Medicare using HCPCS Code L8679.

3. Attached as **Exhibit 1** is a spreadsheet I created for use in this case. This document was attached to the Complaint. *See* ECF No. 1-1.

4. This spreadsheet is a true and accurate depiction of Dr. Akoto's billing to Medicare for HCPCS Code L8679. The spreadsheet includes the dates Dr. Akoto billed Medicare for HCPCS Code L8679, amount billed, and amount paid by Medicare to Defendants. *See* Ex. 1.

5. In total, the Government paid Defendants $229,164.41 for their fraudulent billing to HCPCS Code L8679, representing the single damages demanded by the United States in this case.

6. Trebled, as permitted by the False Claims Act, the damages demanded by the United States are $687,493.23.

7. Defendants submitted 36 individual false claims. *See* Ex. 1.

8. With the current penalty range for each false claim set at $13,946-$27,894, *see* 28 C.F.R. Part 85, the United States demands a reasonable sum in penalties, near the mid-point of the allowable range.

9. The United States requests that the Court award $20,000 per false claim, equating to $720,000 in penalties.

10. With treble damages and penalties combined, the United States seeks a total of $1,407,493.23.

Executed on April 8, 2025

ANN THIEL Digitally signed by ANN THIEL Date: 2025.04.08 11:23:28 -04'00'

Ann Thiel
Investigator
U.S. Attorney's Office
District of Maryland