| | Bene Initials | Date of Service | HCPCS | HCPCS Description | Provider | Billed | Paid |
|---|---|---|---|---|---|---|---|
| 1 | P.A. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 2 | L.A. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 3 | V.C. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,233.23 |
| 4 | P.I. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 5 | K.O. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,233.23 |
| 6 | H.O. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 7 | M.Q. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 8 | M.W. | 01/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 9 | E.A. | 01/18/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 10 | K.A. | 01/18/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 11 | B.C. | 01/28/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 12 | J.M. | 02/14/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,367.00 |
| 13 | E.P. | 02/14/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 14 | N.R. | 02/25/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 15 | G.K. | 02/26/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 16 | A.B. | 03/11/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 17 | H.G. | 03/11/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 18 | S.Q. | 03/18/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 19 | N.R. | 03/25/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 20 | E.A. | 03/26/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 21 | I.A. | 04/01/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 22 | T.M. | 04/01/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,300.12 |
| 23 | S.A. | 04/02/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 24 | V.E. | 04/02/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 25 | S.B. | 04/04/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 26 | J.R. | 04/04/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,367.00 |
| 27 | M.B. | 04/10/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 28 | A.F. | 04/10/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,315.73 |
| 29 | V.I. | 04/10/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 30 | K.R. | 04/12/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 31 | E.V. | 04/16/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 32 | G.G. | 04/17/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 33 | S.D. | 04/25/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 34 | C.G. | 04/25/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 35 | R.G. | 04/25/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| 36 | H.O. | 05/01/2019 | L8679 | IMPLANTABLE NEUROSTIMULATOR, PULSE GENERATOR, ANY TYPE | AKOTO, RICHARD | $9,000.00 | $6,378.27 |
| | | | | | | | **$229,164.41** |