**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 25-0157-TDC |
| **RICHARD AKOTO, M.D., *et al.*;** | * | |
| *Defendants.* | * | |

* * * * * * * * * * * * * *

## JUDGMENT BY DEFAULT

Plaintiff has moved, pursuant to Fed. R. Civ. P. 55(b)(2) for a judgment by default, an entry of default having been made by the Clerk on March 27, 2025, for want of answer or other defense. The Court, having reviewed the entire record, finds that: (1) Defendants have been properly served; (2) Defendants have not appeared in this action; (3) Plaintiff has established a factual and legal basis for its claims against Defendants; and (4) a hearing on the nature or amount of Plaintiff's claim is unnecessary.

Accordingly, it is this ______ day of __________________, 2025, ORDERED that:

1. Plaintiff's Motion for Default Judgment is GRANTED; and

2. Judgment by default is hereby entered in favor of Plaintiff, and against Defendants, in the amount of $1,407,493.23, plus interest at the legal rate from the date of judgment until paid in full.

_____________________________
Hon. Theodore D. Chuang
United States District Judge