UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD AKOTO, M.D. and
RICHARD O. AKOTO, M.D., PC,

    Defendants.

Civil Action No. 25-0157-TDC

# ORDER

On June 18, 2025, United States Magistrate Judge Ajmel A. Quereshi filed a Report and Recommendation in which he recommended that this Court grant the Motion for Default Judgment filed by Plaintiff United States of America ("the Government"). Objections to that Report and Recommendation were due on July 2, 2025. *See* Fed. R. Civ. P. 72(b)(2). On June 25, 2025, Defendant Richard Akoto filed a Motion to Vacate Judgment, in which he objected to the Report and Recommendation on the grounds that the parties had completed a settlement. ECF No. 19. On July 7, 2025, pursuant to the Court's June 30, 2025 Order, ECF No. 20, the Government responded to Akoto's objection and denied that the parties had effectuated a settlement agreement. ECF No. 23. Akoto does not otherwise show that a default judgment should not be granted.

Accordingly, upon review of Judge Quereshi's Report and Recommendation, it is hereby ORDERED that:

1. Judge Quereshi's Report and Recommendation, ECF No. 18, is ADOPTED as an Order of the Court.

2. The Government's Motion for Default Judgment, ECF No. 11, is GRANTED.

3. The Government is awarded a total of $1,407,493.23.

4. That award shall accrue post-judgment interest as provided for and calculated in accordance with 28 U.S.C. § 1961.

5. The Clerk is directed to close this case.

Date: July 21, 2025

THEODORE D. CHUANG
United States District Judge